**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-CR-203-MOC-DCK-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **BYRON LEE TATE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

 **THIS MATTER** comes before the Court on Defendant's Letter Motion, in which he seeks an Order from the Court relieving him of the requirement to wear an ankle monitor while incarcerated at a Residential Reentry Management facility in Butner, North Carolina, and when he begins his supervised release period in September 2020. (Doc. No. 54). The Court denies Defendant's Letter Motion and, thus, declines his request to be relieved of wearing his ankle monitor.

Signed: September 11, 2020

Max O. Cogburn Jr.
United States District Judge